STATE of Vermont v. L. Paul DIEFFENBACH, JR., Appellant, No. 80-77

October 5, 1977. Appeal Dismissed. V.R.A.P. 10(b)(1).

James D. BENOIT, et al. v. Raymond LOPES, et al., Appellants, No. 46-77

October 5, 1977. Appeal Dismissed. V.R.A.P. 10(b)(1).

CENTRAL VERMONT PROFESSIONAL BUILDING, Appellant v. STATE HIGHWAY BOARD, No. 1-77

October 5, 1977. Appellant's Brief to be filed by December 6, 1977, or appeal dismissed.

George C. WESCHE v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 315-76

October 12, 1977. Appellant to file Printed Case and Brief within 30 days; otherwise the appeal will be dismissed.

Henry HOWARD v. Marie A. HOWARD, No. 250-77

October 14, 1977. Defendant's Contempt Petition denied, the Rutland Superior Court being the proper forum to entertain and determine the relief sought. V.R.C.P. 62(d).

RENAISSANCE CENTER v. LUDLOW TELEPHONE COMPANY, No. 19-77

November 4, 1977. Appeal dismissed for failure to comply with Progress Order of October 4, 1977, and at the request of appellant's counsel.

RE GRIEVANCE OF RAYMOND HENDRICKSON, No. 259-77

November 4, 1977. Appellee's motion for reinstatement pending appeal is denied.

Raymond PHELAN, Jean A. MacKimmie, and James P. MacKimmie v. TOWN OF WEATHERSFIELD, No. 213-76

November 4, 1977. Appeal to be dismissed unless appellant files printed case on or before December 5, 1977.

Joanne Jean BUSHIKA v. Charles R. BUSHIKA, No. 321-76

November 8, 1977. Motion to Dismiss denied.